HOWARD HAYES, Respondent, *v.* THOMAS LACY, Appellant.

*Hayes* v. *Lacy,* 177 App. Div. 950, appeal dismissed.
(Submitted January 22, 1920; decided February 24, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 24, 1917, unanimously affirming a judgment in favor of plaintiff entered upon a verdict in an action for malicious prosecution.

*Clayton I. Miller* and *Ross L. Simons* for appellant.

*Louis C. Rowe* and *George W. Davis* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, McLAUGHLIN, CRANE and ELKUS, JJ.